427 A.2d 257

Commonwealth v. Burke, Appellant.

Submitted March 21, 1980. John G. McDougall, for appellant; David Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

427 A.2d 257

Commonwealth v. Teddy K. Davis a/k/a Theodore Davis, Appellant.

Argued November 12, 1979. David Metinko, for appellant; Charles W. Johns, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before HESTER, MONTGOMERY and LIPEZ, JJ.

Order affirmed.